FILED
CLERK, U.S. DISTRICT COURT

4/3/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

JACK WILLIAM RANDMAA,

       Defendant.

CR No. 2:26-cr-00202-JVS

I N F O R M A T I O N

[18 U.S.C. § 1361: Depredation of Government Property]

[CLASS A MISDEMEANOR]

The United States of America charges:

[18 U.S.C. § 1361]

On or about February 20, 2026, in Santa Barbara County, within the Central District of California, defendant JACK WILLIAM RANDMAA willfully injured and committed a depredation against property of the United States, namely, a white Dodge Charger with license plate

//

//

8LHV868 belonging to the United States Immigration and Customs Enforcement.

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

STEPHEN CHANG
Assistant United States Attorney
General Crimes Section

2