Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

**4/3/26**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

Case Number    2:26-cr-00202-JVS

Defendant Number   1

U.S.A. v.  JACK WILLIAM RANDMAA

Year of Birth   1999

[ ] Indictment    [✓] Information

Investigative agency (FBI, DEA, etc.)   HSI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[✓] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [ ] Felony

b. Date of Offense    2/20/2026

c. County in which first offense occurred

Santa Barbara

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles          [ ] Ventura

[ ] Orange               [✓] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other

Citation of Offense   18 USC 1361: Depredation of Gov Prop

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No      [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 2/20/2026

Case Number:   E2719952

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide Name: _____

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*      [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*      [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*      [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*      [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes      [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?　☐ YES　☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male　　☐ Female

☐ U.S. Citizen　☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

　☐ All counts

　☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
　18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
　18 USC § 3166(b)(7).

Is defendant a juvenile?　☐ Yes　☐ No

IF YES, should matter be sealed?　☐ Yes　☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud　　☐ public corruption

☐ government fraud　　　　　　☐ tax offenses

☐ environmental issues　　　　☐ mail/wire fraud

☐ narcotics offenses　　　　　☐ immigration offenses

☐ violent crimes/firearms　　　☐ corporate fraud

☑ Other　　Depredation of Gov Prop

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

　a. Date and time of arrest on complaint: _____

　b. Posted bond at complaint level on: _____

　　in the amount of $ _____

　c. PSA supervision?　☐ Yes　☐ No

　d. Is on bail or release from another district:

　　_____

Defendant is **in custody**:

　a. Place of incarceration:　☐ State　☐ Federal

　b. Name of Institution: _____

　c. If Federal, U.S. Marshals Service Registration Number:

　　_____

　d. ☐ Solely on this charge.  Date and time of arrest:

　　_____

　e. On another conviction:　☐ Yes　☐ No

　　IF YES :　☐ State　☐ Federal　☐ Writ of Issue

　f. Awaiting trial on other charges:　☐ Yes　☐ No

　　IF YES :　☐ State　☐ Federal　　AND

　　Name of Court: _____

　　Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20　_____ 21　_____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date　　04/03/2026

/s/ Stephen Chang
_____
Signature of Assistant U.S. Attorney

Stephen Chang
_____
Print Name