**JS-3**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>JACK WILLIAM RANDMAA,<br><br>       Defendant. | No. 2:26-cr-00202-JVS<br><br>ORDER GRANTING MOTION TO DISMISS INFORMATION WITH PREJUDICE [6] |

The Court has read and considered the United States' Motion to Dismiss With Prejudice the Information Pursuant to Federal Rule of Criminal Procedure 48(a).  Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

1.   The information (dkt. 1) is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

April 08, 2026
_____
DATE

_____
HONORABLE JAMES V. SELNA
United States District Judge